# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.

George Daniel Arizon

Defendant.

Southern Division

Case #: 8:22-MJ-00787
Initial App. Date: 12/22/2022
Time: 2:00 PM

Complaint & Warrant
Custody

Date Filed: 12/16/2022
Violation: 18 USC 1951(a); 18 USC 924(c)
CourtSmart/Reporter: CS 12/22/2022

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Douglas F. McCormick**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**  Nancy K. Boehme        Faraz Mohammadi        / None
              ---------------------  -----------------------  -----------------------------
              *Deputy Clerk*          *Assistant U.S. Attorney*   *Interpreter/Language*

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Attorney: Jason Hannan and ☑ DFPD, and ☑ Appointed
☑ Contested detention hearing is held.

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing waived.

☑ PIA set for January 30, 2022, at 10:00 AM in Santa Ana.

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: nb
00 : 10